**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>    v.<br><br>SCOTT ALAN DRISKILL<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No.  20-cr-10081<br>)<br>)<br>)<br>) |

**O R D E R**

Before the Court is a Report and Recommendation [Doc #44] of the United States Magistrate Judge Johnathan E. Hawley that the Defendant's plea of guilty to Counts One and Two of the Indictment [Doc.1] filed in this case and entered on September 21, 2021 be accepted by the assigned United States District judge. No objections to the Report and Recommendation were filed.

Upon a *de novo* review f the record, pursuant to 28 U.S.C. § 636(b)(1), the Court ADOPTS the Report and Recommendation of the United States Magistrate Judge. *See Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986). Defendant's plea of guilty to Counts One and Two of the Indictment is hereby ACCEPTED. The Clerk of the Court is to file this acceptance in this case.

So ORDERED.

Entered this 3rd day of December, 2021.
        -Nunc pro tunc September 21, 2021.

                                     s/Joe B. McDade
                                    Honorable Joe B. McDade
                                    Senior United States District Judge